UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

John P. Dell'Italia, Esq.
Dell'Italia, Affinito & Santola
18 Tony Galento Plaza
Orange, NJ  07050
(973)672-8000
Johnpdell@aol.com
JD1617

In Re:

George Griffith

Case No.: 19-21428

Judge:

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
❏ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
☑ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. ❏ Motion for Relief from the Automatic Stay filed

   by_____, creditor,

A hearing has been scheduled for _____, at _____m.

OR

❏ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____m.

❏ Certification of Default filed by _____, creditor,

I am requesting a hearing be scheduled on this matter.

OR

☑ Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

☑ Payments have been made in the amount of $ __858.00__, but have not been accounted for. Documentation in support is attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☑ Other **(explain your answer)**:
Thought I paid Jan 2021 and now I just paid both.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 02/23/2021

/s/ George Griffith
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within 14 days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions*) or a *Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

*rev.12/1/09*

## Make A Payment

1. Accept Terms & Conditions | 2. Confirm Payment Details | **3. Payment Completed**

## Payment Complete - Confirmation

Your payment has now been submitted. Please print this page for your records.

***On the 24 Feb 2021, $ 860.00 will be debited from your account.***

| | |
|---|---|
| Confirmation Number: | 7474408 |
| Payer Name: | George Griffith |
| Payer Email Address: | Georgriffi9@aol.com |
| Online Payment ID: | 19214281195 |
| Marie-Ann Greenberg: | Marie-Ann Greenberg |
| Payment Type: | Single Payment |
| Payment Entered Date: | 23 Feb 2021 |
| Payment Date: | 23 Feb 2021 |
| Payment Effective Date: | 24 Feb 2021 |
| Payment Amount: | $ 858.00 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 860.00** |

*Paid 1/4 2/24*

*Please note, this payment will show as two separate debits to your banking account in the amounts of $ 858.00 and $ 2.00*

 Close Window    Print