Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JULY 10, 2024

**Chapter 13 Case # 19-21428**

Re:   GEORGE GRIFFITH  
19 SCOFIELD STREET  
NEWARK, NJ  07106

Atty:   JOHN P. DELL'ITALIA  
DELL'ITALIA AFFINITO & SANTOLA  
18 TONY GALENTO PLAZA  
ORANGE, NJ  07050

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $25,740.00**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/31/2019 | $429.00 | 6055384000 | 10/10/2019 | $1,287.00 | 6245571000 |
| 11/19/2019 | $429.00 | 6341577000 | 11/20/2019 | $429.00 | 6343163000 |
| 01/24/2020 | $429.00 | 6504642000 | 03/04/2020 | $429.00 | 6616181000 |
| 06/02/2020 | $858.00 | 6836838000 | 06/22/2020 | $858.00 | 6879538000 |
| 07/27/2020 | $429.00 | 6964892000 | 08/26/2020 | $429.00 | 7037222000 |
| 10/01/2020 | $429.00 | 7126902000 | 10/27/2020 | $429.00 | 7186361000 |
| 12/04/2020 | $858.00 | 7286422000 | 02/24/2021 | $858.00 | 7474408000 |
| 03/25/2021 | $429.00 | 7550328000 | 05/03/2021 | $429.00 | 7640502000 |
| 06/02/2021 | $429.00 | 7715422000 | 07/28/2021 | $858.00 | 7838615000 |
| 08/31/2021 | $429.00 | 7913954000 | 09/09/2021 | $429.00 | 7937530000 |
| 10/08/2021 | $429.00 | 8003632000 | 11/29/2021 | $429.00 | 8103919000 |
| 01/03/2022 | $429.00 | 8183088000 | 01/20/2022 | $429.00 | 8221180000 |
| 03/02/2022 | $858.00 | 8312921000 | 05/03/2022 | $862.00 | 8444902000 |
| 06/28/2022 | $858.00 | 8553605000 | 09/02/2022 | $858.00 | 8685634000 |
| 09/27/2022 | $429.00 | 8730451000 | 10/31/2022 | $429.00 | 8795447000 |
| 11/28/2022 | $429.00 | 8846908000 | 12/28/2022 | $429.00 | 8903543000 |
| 01/31/2023 | $429.00 | 8968373000 | 03/01/2023 | $429.00 | 9026746000 |
| 03/02/2023 | $429.00 | 9030795000 | 04/04/2023 | $429.00 | 9093220000 |
| 05/26/2023 | $429.00 | 9186939000 | 06/05/2023 | $429.00 | 9205749000 |
| 07/12/2023 | $429.00 | 9271389000 | 08/29/2023 | $429.00 | 9350906000 |
| 09/27/2023 | $429.00 | 9399768000 | 11/29/2023 | $858.00 | 9504754000 |
| 01/02/2024 | $429.00 | 9556262000 | 02/29/2024 | $858.00 | 9657562000 |
| 05/01/2024 | $858.00 | 9762456000 | 06/03/2024 | $429.00 | 9812457000 |
| 06/26/2024 | $429.00 | 9851034000 | | | |

**Total Receipts:  $26,173.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $26,173.00**

**Chapter 13 Case # 19-21428**

# CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,580.56 | |
| ATTY | ATTORNEY | ADMIN | 1,750.00 | 100.00% | 1,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ANDREW FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BEST BUY CREDIT SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 639.38 | * | 104.65 | |
| 0005 | NEWREZ LLC SHELLPOINT MORTGAGE S | MORTGAGE ARRE | 17,987.10 | 100.00% | 17,987.10 | |
| 0006 | ARMY AND AIR FORCE EXCHANGE SERV | UNSECURED | 7,590.30 | * | 1,242.34 | |
| 0007 | GEICO | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CITIBANK NA | UNSECURED | 460.31 | * | 75.34 | |
| 0009 | ONEMAIN FINANCIAL GROUP LLC | UNSECURED | 12,845.08 | * | 2,102.41 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,721.58 | * | 281.77 | |
| 0013 | VISA ANDREWS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | MERLYN HALL GRIFFITH | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0016 | LVNV FUNDING LLC | UNSECURED | 1,075.43 | * | 176.02 | |
| 0017 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0018 | ESSEX COUNTY PROBATION DIVISION/C | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0019 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 509.85 | * | 83.45 | |

**Total Paid: $25,383.64**
See Summary

# LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ARMY AND AIR FORCE EXCHANGE SERVICES | | | | | | | |
| | 07/17/2023 | $30.51 | 913122 | | 08/14/2023 | $122.56 | 914640 |
| | 10/16/2023 | $122.56 | 917631 | | 11/13/2023 | $122.56 | 919061 |
| | 01/08/2024 | $241.18 | 921867 | | 02/12/2024 | $120.59 | 923218 |
| | 04/15/2024 | $241.20 | 926102 | | 06/17/2024 | $241.18 | 928981 |
| CITIBANK NA | | | | | | | |
| | 08/14/2023 | $9.28 | 914357 | | 10/16/2023 | $7.43 | 917354 |
| | 11/13/2023 | $7.44 | 918782 | | 01/08/2024 | $14.62 | 921605 |
| | 02/12/2024 | $7.32 | 922931 | | 04/15/2024 | $14.62 | 925812 |
| | 06/17/2024 | $14.63 | 928675 | | | | |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 08/14/2023 | $10.28 | 914796 | | 10/16/2023 | $8.23 | 917769 |
| | 11/13/2023 | $8.24 | 919216 | | 01/08/2024 | $16.20 | 922009 |
| | 02/12/2024 | $8.10 | 923367 | | 04/15/2024 | $16.20 | 926258 |
| | 06/17/2024 | $16.20 | 929141 | | | | |
| DITECH FINANCIAL LLC | | | | | | | |
| | 01/13/2020 | $695.30 | 840592 | | | | |
| LVNV FUNDING LLC | | | | | | | |
| | 08/14/2023 | $21.68 | 914984 | | 10/16/2023 | $17.37 | 917954 |
| | 11/13/2023 | $17.37 | 919401 | | 01/08/2024 | $34.17 | 922185 |
| | 02/12/2024 | $17.09 | 923558 | | 04/15/2024 | $34.17 | 926454 |
| | 06/17/2024 | $34.17 | 929338 | | | | |

**Chapter 13 Case # 19-21428**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| NEWREZ LLC SHELLPOINT MORTGAGE SERVICING | | | | | | | |
| | 03/16/2020 | $406.69 | 845418 | | 04/20/2020 | $406.69 | 847360 |
| | 07/20/2020 | $793.65 | 852719 | | 08/17/2020 | $793.65 | 854574 |
| | 09/21/2020 | $396.83 | 856419 | | 10/19/2020 | $396.83 | 858271 |
| | 11/16/2020 | $396.83 | 860055 | | 12/21/2020 | $396.83 | 861900 |
| | 01/11/2021 | $793.65 | 863626 | | 04/19/2021 | $793.65 | 868935 |
| | 05/17/2021 | $396.83 | 870800 | | 06/21/2021 | $403.26 | 872619 |
| | 07/19/2021 | $403.26 | 874384 | | 09/20/2021 | $806.52 | 877844 |
| | 10/18/2021 | $806.52 | 879584 | | 11/17/2021 | $407.55 | 881290 |
| | 01/10/2022 | $407.55 | 884563 | | 02/14/2022 | $407.55 | 886278 |
| | 03/14/2022 | $407.55 | 887978 | | 04/18/2022 | $827.97 | 889711 |
| | 06/20/2022 | $831.83 | 893106 | | 08/15/2022 | $827.97 | 896357 |
| | 10/17/2022 | $827.97 | 899622 | | 11/14/2022 | $413.98 | 901187 |
| | 12/12/2022 | $405.40 | 902739 | | 01/09/2023 | $405.40 | 904232 |
| | 02/13/2023 | $405.40 | 905781 | | 03/02/2023 | ($413.98) | 901187 |
| | 03/13/2023 | $819.38 | 907384 | | 04/17/2023 | $810.80 | 909005 |
| | 05/15/2023 | $405.40 | 910575 | | 07/17/2023 | $702.39 | 913579 |
| ONEMAIN FINANCIAL GROUP LLC | | | | | | | |
| | 07/17/2023 | $51.63 | 913603 | | 08/14/2023 | $207.41 | 915112 |
| | 10/16/2023 | $207.40 | 918078 | | 11/13/2023 | $207.42 | 919521 |
| | 01/08/2024 | $408.16 | 922292 | | 02/12/2024 | $204.07 | 923680 |
| | 04/15/2024 | $408.16 | 926584 | | 06/17/2024 | $408.16 | 929470 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 07/17/2023 | $6.92 | 8003582 | | 08/14/2023 | $27.80 | 8003637 |
| | 08/14/2023 | $12.89 | 8003637 | | 10/16/2023 | $10.33 | 8003749 |
| | 10/16/2023 | $27.80 | 8003749 | | 11/13/2023 | $27.79 | 8003806 |
| | 11/13/2023 | $10.32 | 8003806 | | 01/08/2024 | $20.32 | 8003906 |
| | 01/08/2024 | $54.71 | 8003906 | | 02/12/2024 | $27.35 | 8003947 |
| | 02/12/2024 | $10.16 | 8003947 | | 04/15/2024 | $20.31 | 8004035 |
| | 04/15/2024 | $54.70 | 8004035 | | 06/17/2024 | $20.32 | 8004126 |
| | 06/17/2024 | $54.70 | 8004126 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: July 10, 2024.

Receipts: $26,173.00    -    Paid to Claims: $22,053.08    -    Admin Costs Paid: $3,330.56    =    Funds on Hand: $789.36

Base Plan Amount: $25,740.00    -    Receipts: $26,173.00    =    Total Unpaid Balance: **($433.00)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.